UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHONIA FINCH, | ) | Case No. 1:17 CV 1887 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| CUYAHOGA COUNTY | ) | |
| AGRICULTURAL SOCIETY, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. Parties may file any additional documentation evidencing the settlement.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                _/s/Donald C. Nugent___
                                                DONALD C. NUGENT
                                                United States District Judge

DATE: ___February 13, 2018_____